**Electronically Filed
Supreme Court
SCWC-18-0000071
29-AUG-2022
09:54 AM
Dkt. 27 ODAC**

SCWC-18-0000071

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE
FOR PRETIUM MORTGAGE ACQUISITION TRUST,
Respondent/Plaintiff-Appellee,

vs.

TERRENCE RYAN AND LUCILLE RYAN
Petitioners/Defendants-Appellants,

and

FIRST LIGHT ENTERPRISES LLC; BLUE WATER ALLIANCE, LLC,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000071; CASE NO. 5CC121000306)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Defendants-Appellants Terrence Ryan and Lucille Ryan's Application for Writ of Certiorari filed on July 11, 2022, is rejected.

DATED: Honolulu, Hawai'i, August 29, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

